**FAULKNER v. STATE.**

No. 17894.

Court of Criminal Appeals of Texas.

Feb. 5, 1936.

T. L. Tyson, of Franklin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for five years.

The evidence heard in the trial court by the judge and the jury is not brought forward for review. The indictment and other proceedings appear regular. Nothing has been perceived in the record which would require further discussion or authorize a reversal of the judgment.

It is therefore affirmed.

**SMOOT v. STATE.**

No. 17945.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

L. G. Hurley, of Gladewater, and John E. Taylor, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale, punishment being one year in the penitentiary.

Since the conviction, the law (Pen. Code 1925, art. 666 et seq., as amended) upon which the prosecution was predicated has been repealed without any saving clause (Vernon's Ann.P.C. art. 666—49). See Meadows v. State (Tex.Cr.App.) 88 S.W.(2d) 481.

The judgment is reversed and the prosecution ordered dismissed.